IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Peebles, Shawn Allen | Case Number: 06 B 04240 |
|---|---|---|
| | Peebles, Tonya Tracy | Judge: Goldgar, A. Benjamin |
| | Printed: 6/10/08 | Filed: 4/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 29, 2008
Confirmed: August 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,308.00 | |
| Secured: | | 2,669.68 |
| Unsecured: | | 0.00 |
| Priority: | | 3,323.46 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 314.86 |
| Other Funds: | | 0.00 |
| Totals: | 6,308.00 | 6,308.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Charter One Bank | Secured | 0.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Charter One Bank | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 5,600.57 | 1,524.25 |
| 6. | Station Club Townhouse Condominium Assn | Secured | 650.00 | 64.98 |
| 7. | Banco Popular N America | Secured | 25,769.79 | 1,080.45 |
| 8. | EMC Mortgage Corporation | Secured | 34,232.90 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 2,165.43 | 0.00 |
| 10. | Internal Revenue Service | Priority | 6,098.16 | 3,323.46 |
| 11. | Illinois Dept of Revenue | Priority | 1,497.71 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 629.40 | 0.00 |
| 13. | Capital One | Unsecured | 81.37 | 0.00 |
| 14. | Capital One | Unsecured | 64.05 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 186.25 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 4,019.71 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,354.99 | 0.00 |
| 18. | Barbara Lott | Unsecured | 2,150.00 | 0.00 |
| 19. | National Capital Management | Unsecured | 70.93 | 0.00 |
| 20. | American General Finance | Unsecured | 48.70 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 338.28 | 0.00 |
| 22. | Capital One | Unsecured | 79.62 | 0.00 |
| 23. | B-Line LLC | Unsecured | 20.27 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 156.22 | 0.00 |
| 25. | United Collection Bureau Inc | Unsecured | 34.20 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Peebles, Shawn Allen | Case Number: 06 B 04240 |
| --- | --- | --- |
| | Peebles, Tonya Tracy | Judge: Goldgar, A. Benjamin |
| | Printed: 6/10/08 | Filed: 4/17/06 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Nissan Motor Credit Corp | Unsecured | 973.96 | 0.00 |
| 27. | Galway Financial Service | Unsecured | 72.50 | 0.00 |
| 28. | Sam's Club | Unsecured | 37.68 | 0.00 |
| 29. | Illinois Dept of Revenue | Unsecured | 26.01 | 0.00 |
| 30. | Illinois Dept of Revenue | Unsecured | 29.16 | 0.00 |
| 31. | Capital One | Unsecured | 115.87 | 0.00 |
| 32. | ECast Settlement Corp | Unsecured | 93.69 | 0.00 |
| 33. | All Temp Chicagoland Heating | Unsecured | | No Claim Filed |
| 34. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 35. | ADT Security Systems | Unsecured | | No Claim Filed |
| 36. | ADT Security Systems | Unsecured | | No Claim Filed |
| 37. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 38. | Credit Protection Association | Unsecured | | No Claim Filed |
| 39. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 40. | Elmhurst Emergency Med Service | Unsecured | | No Claim Filed |
| 41. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 42. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 43. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 44. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 45. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 46. | GE Money Bank | Unsecured | | No Claim Filed |
| 47. | F & W LLC | Unsecured | | No Claim Filed |
| 48. | Duvera Collections | Unsecured | | No Claim Filed |
| 49. | I C Systems Inc | Unsecured | | No Claim Filed |
| 50. | SBC | Unsecured | | No Claim Filed |
| 51. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 52. | Ravenswood Disposal Services | Unsecured | | No Claim Filed |
| 53. | Providian Bank | Unsecured | | No Claim Filed |
| 54. | Riscuity | Unsecured | | No Claim Filed |
| 55. | GEMB | Unsecured | | No Claim Filed |
| 56. | West Suburban Physicians | Unsecured | | No Claim Filed |
| 57. | West Side Emergency Physicians | Unsecured | | No Claim Filed |
| 58. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 59. | West Suburban Medical Center | Unsecured | | No Claim Filed |
| 60. | WSHMC Medical Group | Unsecured | | No Claim Filed |
| 61. | Wholistic Health | Unsecured | | No Claim Filed |
| 62. | Wholistic Health | Unsecured | | No Claim Filed |
| 63. | Lowes | Unsecured | | No Claim Filed |

$ 86,597.42          $ 5,993.14

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4.8% | 206.24 |
| 5.4% | 108.62 |
| | $ 314.86 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Peebles, Shawn Allen | Case Number:  06 B 04240 |
| Peebles, Tonya Tracy | Judge:  Goldgar, A. Benjamin |
| Printed:  6/10/08 | Filed:  4/17/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

